**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ROBERT M. KERR, | : | No. 13 WAP 2018 |
| | : | |
| Appellant | : | Appeal from Order of the |
| | : | Commonwealth Court entered May 7, |
| | : | 2018 at No. 158 F.R. 2012, overruling |
| v. | : | exceptions to the Order of the Board |
| | : | of Finance and Revenue entered |
| | : | January 25, 2012 at No. 1107713 and |
| COMMONWEALTH OF PENNSYLVANIA, | : | directing entry of judgment for the |
| | : | Commonwealth. |
| Appellee | : | |

## ORDER

**PER CURIAM**                            **DECIDED: NOVEMBER 21, 2018**

      **AND NOW,** this 21st day of November, 2018, the Order of the Commonwealth Court is **AFFIRMED**.